815 A.2d 960

ISA DUPREE, PLAINTIFF–APPELLANT, v. THE CITY OF CLIFTON, DEFENDANT, AND THE NETHERLANDS REFORMED CHURCH, DEFENDANT–RESPONDENT.

Argued January 21, 2003—Decided February 24, 2003.

*Mitchell J. Makowicz, Jr.*, argued the cause for appellant (*Blume, Goldfaden, Berkowitz, Donnelly, Fried & Forte*, attorneys).

*Barry A. Knopf*, argued the cause for respondent (*Cohn Lifland Pearlman Herrmann & Knopf*, attorneys; *Mr. Knopf* and *Albert L. Cohn*, of counsel; *Audra DePaolo*, on the brief).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in Judge Newman's opinion of the Appellate Division, reported at 351 *N.J.Super.* 237, 798 *A.2d* 105 (2002).

*For affirming*—Chief Justice PORITZ and Justices COLEMAN, LONG, VERNIERO, LaVECCHIA, ZAZZALI and ALBIN—7.

*Opposed*—None.